## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND IANUALE, **PRO SE** | : | No. 1:22-cv-1414 |
| PETITIONER | : | |
| Vs. | : | HABEAS CORPUS |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| and | : | |
| DEPARTMENT OF TRANSPORTATION, | : | (JUDGE SYLVIA RAMBO) |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| | : | |
| and | : | |
| NORTHAMPTON COUNTY, | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| DEFENDANTS | : | |

FILED
SCRANTON
NOV 23 2022
PER
DEPUTY CLERK

## ONE ALL INCLUSIVE (28 U.S.C. SS 2254) PETITION FOR ISSUANCE OF WRIT OF HABEAS CORPUS, AND ORDERS
## BASED ON REVIEW OF PROCEEDINGS, PROCEDURE AND PRACTISES USED IN STATE COURT WHICH HAVE RESULTED OR WILL RESULT IN PETITIONERS INCACERATION AND DEPRIVATION OF OTHER U.S. CONSTIUTIONALLY PROTECTED RIGHTS

**COMES NOW**, RAYMOND IANUALE, Pro Se Petitioner who does seek

the intervention of this Federal Court, by issuance of Writ of

Habeas Corpus, and subsequent Orders, and for relief as

hereinafter pled based on the following:

### COUNT ONE

1

1. PETITIONER is RAYMOND IANUALE, an adult individual with a
   residence at 180 Alpha Drive, Stroudsburg, Pennsylvania,
   U.S.A.

2. PETITIONER is bringing this action PRO SE.

3. RESPONDENT COMMONWEALTH OF PENNSYLVANIA is a governmental
   unit, part of the United States of America, whose laws,
   rules and regulations regarding most areas of substantive
   law are within its purview to create, however are subject
   to review and challenge in Federal Court.

4. RESPONDENT, DEPARTMENT OF TRANSPORTATION is an
   Administrative Agency, of the COMMONWEALTH OF PENNSYLVANA
   ,whose laws rules and regulations and activities regarding
   its Motor Vehicle Code, and procedures utilized, are also
   held to U.S. Constitution standards in Federal
   Court.

5. RESPONDENT NORTHAMPTON COUNTY is a County governmental
   unit of the COMMONWEALTH OF PENNSYLANIA,
   that has a Court System, of original jurisdiction within
   the State Judicial system, as well as Appellate
   jurisdiction regarding matters brought before District
   Magistrates all of  whose laws rules and regulations
   regarding its substantive activity , and procedures
   utilized,   are subject to review and challenge in the
   Federal Court system, as unconstitutional .

6. PETITIONER was cited on November 5, 2021 and convicted on

   September 26, 2022 of Driving While his Driving privileges

   were Suspended in violation of the Pa. Vehicle Code

   Section 3803 (and as well, driving a vehicle with expired

   registration and inspection)  by Magistrate Alan R. Mege,

   who imposed a 60 day jail sentence for the Driving while

   Under  Suspension , and imposition of  $1112.00 fines,

   costs  (Please see attached "Exhibit A", which contains

   copies of the citations issued said, the Court's sentence

   of 60 days incarceration, and tally of fines and costs

   imposed upon Petitioner).

7. PETITIONER filed a proper Appeal to the Court of Common

   Pleas, from said conviction (Exhibit B).

8. In addition as a consequence of his conviction of said

   offense,   the Department of Transportation has issued a

   one year suspension of PETITIONER'S drivers license.

9.  This one year suspension tacked on to the string of

   prior suspensions all of which originate with the

   imposition  at the time of sentencing on a 2016 conviction

   of driving while impaired by a controlled substance  ,

results in the reality that your Petitioner's driving

privileges having been in suspended status since 2016,

through a date in the future, to the great prejudice and

hardship of Petitioner.

10.   In other words, the original carrying out of the

supposed conviction in 2016  and correlating one year

suspension is the sole cornerstone of any and all charges

of driving while under suspension the totality  resulting

in consecutive periods of suspension piggy backing year

after year, including the license suspension incident to

the  latest set of Northampton County charges.

11.   Petitioner believes and therefore avers that the

unfair punitive nature of that consecutive accumulating of

suspensions are requested to be recognized by this court

as tainted,(as violative of his protection against cruel

and unusual punishment)  and Petitioner not only receive

the relief of directing the non-enforcement of the current

sentencing order of 60 days incarceration , but also the

cancellation of consecutive periods of suspension of

driver license, upon pronouncement of the nullity of the

original suspension order imposed.

12.   As will be referenced herein, that "original" 2016

conviction is tainted in a number of ways that make clear

that said conviction, ought be treated as a nullity,

without which there has been no substantive charge nor incident involving your Petitioner, such that all subsequent periods of incarceration, including the one he is currently facing of 60 days; and all tacked on suspensions of his driving privileges would be non-existent, as will be explained herein.

13.   Specifically, on April 1, 2016 your Petitioner was charged with a series of offenses detailed on page 2 of the appended Exhibit D, being the Docket regarding said case.

14.   As is clear from said docket all charges were dismissed by the presiding Magistrate given the failure of the Commonwealth, by the arresting officer to appear at the preliminary hearing, scheduled for June 21, 2016, and also due to the Complaint issued by the arresting officer not having been signed by said officer.

15.   In violation of Petitioners  protection against double jeopardy on July 26, 2016 charges designed to be identical to those dismissed were filed/refiled against your Petitioner   (Criminal docket regarding that case attached hereto as Exhibit E)

16.   An examination of material at Exhibit  D and E, evidences that  in the Exhibit D docket, which is the docket entries related to the charges as originally filed,

and, and the sec^nd set of charges on the same underlying
circumstance, Exhibit E, that the salient charges of
criminal conduct, two counts of DUI, Controlled Substance,
specify, the original charges which were dismissed were
identified per the first filing as:
"DUI, Controlled Substance , Schedule 2 or 3, **First
Offense**" and "DUI Controlled Substance-Impaired Ability,
**First Offense**. Which charges were dismissed.

17.   By contrast on "reinstatement" or refiling, the two
salient charges were written : "DUI, Controlled Substance
, Schedule 2 or 3, **Second Offense**" and "DUI Controlled
Substance-Impaired Ability  **Second Offense**".

18.   Obviously the refiled charges  language categorizing t
the offense being a second offense as opposed to a first
offense, as originally charged in the proceedings
dismissed by the magistrate attach  additional jeopardy to
Petitioner, including a stiffer court sentencing
incarceration mandate, and  a longer original period of
drivers license suspension.

19.   Fact is that the disparity between the charges as
filed originally and the second time around is not a typo
appearing on one document, the docket entries as indicated
in the preceding paragraph,  but as Exhibit F illustrates,
that characterization on the supposed refiling of the

charges disparity is apparent on the preliminary hearing
notice; and on the Fingerprint Order (Exhibit G) as well,
and is still of record as a second offense conviction.

WHEREFORE, on this basis alone, Petitioner requests that ,
Habeas Corpus relief issue in the form of a ORDER negating
the current criminal charge, conviction, and sentence, and
as well that all accumulation of consecutive periods of
license suspension be deemed void, with the Federal Court
issuing an ORDER  upon the appropriate and relevant
Defendant entity, making effective the cancelling of those
consequences.

COUNT   TWO

20.   Paragraphs 1-19 are incorporated here in as if set
      fully forth hereat.


21.   Prior to this latest suspension there was a brief
      window where the aggregate suspension of Petitioners
      driving privileges lapsed, and he was sent a restoration
      requirements letter by the Pennsylvania Department of

Transportation (DOT) . ( Please see relevant Restoration
letter hereto attached as  Exhibit H )

22.    Said Restoration letter advised Petitioner that he was
    eligible for the return of his drivers license upon
    payment of $75.00 fee, the provision of proof of his
    having successfully participated and completed certain
    programs, and other requirements.

23.    Petitioner has completed said programs, and provided a
    copy of his three certificates of completion (attached
    hereto as Exhibit I) to the DOT by mail, along with a
    check in the amount of $75.00 (Exhibit J)

24.    Another requirement which PETIIONER met was proof of
    registration of a vehicle he would drive and that said
    vehicle was insured. PETITIONER submitted paperwork
    establishing that both requirements were met.    ( Exhibit
    K))

25.    The DOT processed Petitioners check payment, cashed
    deposited and accepted said check but did not reinstate
    Petioners' license.

WHEREFORE, Petitioner, additionally or alternatively prays

this Honorable Court issue an Order granting partial relief

on this Petition in the form of an Order mandating the

reinstatment per DOT records of Petitioners driving

privileges.

COUNT THREE

26.   Petitioner incorporates the averments contained in

      paragraphs 1-25 above herein as if fully stated hereat

27.   The materials assembled and sent along with the

      requisite check to the Department of transportation )(also

      referred to herein as "The DOT"), which DOT

      cashed/accepted/deposited said check but did not reinstate

      Petitioners driver license.  The only condition for

      reinstatement of driving privileges which Petitioner did

      not meet was that he utilize an Intoxylyzer mechaniosm,

      that he would have to pay to rent and have installed, and

      utlitze whenever he drove.

28.   As additional or alternative relief, Petitioner

      Petitioner prays this Court scrutinize this requirement,

      and direct the deletion thereof, not just for Petitioner,

      but as a matter of procedure in the Commonwealth of

      Pennsylvania).

29.   Petitioner believes and therefore avers that said

      requirement is tainted, and as alternative relief, asks

      this Honorable Court to evaluate and strike it as due

      process violative. .

30.   That requirement purportedly mandates that in order

      to have one's license restored, one must arrange for the

      installation in the vehicle one plans to drive of an

Intoxylyzer mechanism, which is used by requiring   that
the driver of a vehicle blow into this mechanism, which
must clear Petitioner of his having alcohol in his system
for his car to operate.

31.   The mechanism must be leased from a select group of
garages, and installed by the select or authorized member
of that group.

32.   The cost charged for the leasing and installation of
the Intoxylyzer is unregulated, and hugely costly (often
in excess of $1,000.00)

33.   Said mechanism can at any time, even while driving
somewhere, force the driver to pull over and blow into the
instrument, and if the instrument purportedly detects
alcohol , the instrument will shut the vehicle  off,
leaving the driver stranded.

34.    It is respectfully asserted that  the imposition of
this additional requirement is Constitutionally tainted
as:

    a. It is cost prohitive for Petitioner, and many people
       to lease and rent such mechanism, and given the fact
       that there is little benefit from this requirement,
       as any sober individual could blow into it,

    b. At no time has it been established that PETIONER HAD
       been consuming alcohol while driving.(in the

original case) for that matter the charges centered

on DUI- non Alcohol related (i.e suspicion of

controlled substances), and as such is a mere

meaningful exercise (when applied as a condition

unrelated to the specific facts underlying the

charge.

c. The requirement is unduly cost prohibitive and

corrupt, designed to line the pockets of the State

appointed installers.

35.   As such said requirement as applies to Petitioner is

due process violative

WHEREFORE, Petitioiner prays alternatively or additionally

that this Honorable Court grant this Petition to the

extent it relates to the Intoxylyzer installation and use

requirement as it has no nexus to the actual conduct of

Petitioner, nor offense as defined.

36.   Paragraphs 1-35 are incorporated hereat as if fully

stated herein.


37.   PETITIONER has, to his great harm and detriment been

without a driver's license since his driving privileges

were suspended for a period of one year stemming from a

due process violative proceeding on an already dismissed

charge of DUI/ Controlled Substance .(for roughly six years).

38.   Although blatantly violative of his protections against double jeopardy, that conviction has remained on record , and has been used as a springboard to tack on additional periods of suspension.

39.   That original charge had been dismissed by the presiding Magistrate, in that the officer failed to appear to testify AND had not signed the original complaint.,

40.   Further the charge of driving under the influence issued despite the arresting officer subjecting PEITIONER to a BAC (Blood alcohol content test) which read that PETITIONER had no alcohol in his blood.

41.   PETITIONERS original arrest and charge in the face of a BAC test which established that he had consumed no liquor is a violation of due process and the Sixth Amendment to the Constitution.

42.   Despite the dismissal of the charge the Commonwealth reinstated the charges.

43.   Said reinstatement was constitutionally tainted, as it violated PEITIONERS double jeopardy rights.

44.   PETITIONER at the time was represented by counsel who failed to challenge the reinstated charges.

45.   Instead PEITIONERS counsel advised PETIONER that he could work out a deal to which he advised PETIONER to plead guilty to, never advising him that there would be a license suspension consequence of such guilty plea.

46.   On the date set for disposition of the charges, PEIITIONER's counsel did not appear to represent him, but sent an unknown individual to advise that Defendant plead guilty.

47.   PETITIONER, without his counsel, and not knowing the consequence of his guilty plea as regards his driver's license plead guilty to the offense charged and was sentenced to 60 days in jail, and a one year period of suspension.  Additionally at the time Petitioner was in psychiatric care stemming from an attempted suicide stemming from divorce proceedings initiated by his wife, regarding which the court refused to allow state mandated counselling, this having been brought to the attention of the court by Petitioners then caretakers who wrote to the court stating that Petitioner was not in a state of mind that he could participate meaningfully in the legal process involved in this case (such exculpatory documentation amongst  attached hereto and marked Exhibit M.)

48.   Said entry of guilty plea in the absence of his

counsel violated PEITIONERS constitutional rights under

the ARIZONA v MIRANDA line of cases, was due process

violative, as well as his Sixth Amendment rights to

counsel in such context.  .

WHEREFORE Petitioner prays for the quashing of his

consequuences of his guilty plea

COUNT IV

49.   The preceding averments at Paragraphs 1-48 are

incorporated herein as if set fully forth hereaft

50.   The requirements for reinstatement of licensure  have

shifted since those in place when he was subject to his

original one year suspension, and now include requirements

which, as will be established bear no relationship to the

underlying offense.

51.   As such the requirements and calculations of the

Pennsylvania Department of Transportation are per se

violative of the Constitutional rights of your Petitioner

as imposing additional periods of non-licensure upon him

which act to deprive him of his fundamental Constitutional

right to liberty, health welfare, and property,, and are

due process violative.

52.   The just recited case the ordinally resulted in
PETIEONER's license being suspended, being
Constitutionally tainted, all added suspensions must be
stricken.

53.   While in no manner muting that stated in paragraphs 1-
33 herein, PETIONER urges this FEDERAL COURT determine
that the imposition of drivers license suspension for
driving while under suspension is per se Consituonally
violative in that there is then no finality of the amount
of time the suspension will be in effect.   This despite
the original sentence for one year suspension, it can, and
in this case has,  gone on for  six years, and in the
alternative, the policy of the Department of
Transportation to consider a driver to be driving while
under suspension, after the imposed period of suspension
has run, but before the Defendant has met requirements for
reinstatement such as the payment of a restoration fee, is
illegal and unconstitutional .  Columbus v
Herbert (Dec. 24, 1992), Franklin County, Ohio App. Nos.
92 -1059, 1060

54.   Such indefinite sentence is due process violative,
also in that in todays society not having a drivers
license constitutes a taking of a property and liberty
interest, in that, as is the case with PETITIONER, is he

would not drive he could literally not access food,
medical treatments as he lives rurally and no such places
are within walking distance. etc.

55.   As such the instant indefinite license suspension is
cruel and unusual punishment in violative of the Eighth
amendment to  the Constitution.

56.   Further the imposition of additional jail time
stemming from an incident that occurred six years ago for
which Petitioner served his original sentence is
constitutionally infirm.

WHEREFORE, in consideration of each, some or all  of the
averments of unconstitutional dimension in the instant case,
PEITIONER requests an ORDER mandating that the Pennsylvania
Department of Transportation return and reinstate PETIONERS
drivers license, negate the imposition of a 60 day jail
sentence, and issue any other relief it deems appropriate
including but not limited to a mandate that certain aspects of
the procedures and requirements currently in place in
Pennsylvania be stricken or modified.

RAYMOND IANUALE, PRO SE

COMMONWEALTH OF PENNSYLVANIA
Magisterial District No. MDJ-03-2-04
1404 Walter Street
Bethlehem, PA 18015
610-865-4010



**TRAFFIC CITATION**

CITATION NO.: T9232181-0

Docket Number Assigned by Court:
MJ-03204-TR-0001626-2021
ISSUED: 11/05/2021

| Driver's Number | State | CDL |
|---|---|---|
| 20572401 | PA | NO |

| Defendant's First Name | Middle Name | Last Name | Suffix | Race | Sex |
|---|---|---|---|---|---|
| Raymond | | Ianuale | | | M |

| Defendant's Address Street | City | State | Zip Code | D.O.B. | Ethnicity | Primary Phone | 2nd Phone |
|---|---|---|---|---|---|---|---|
| 180 ALPHA DR | STROUDSBURG | PA | 18360 | 06/09/1961 | | | |

| PRIMARY VEHICLE | Veh. Reg. No. | Reg. Yr. | State | Model Yr. | Make | Model | Style | Color |
|---|---|---|---|---|---|---|---|---|
| | LPS8301 | 2022 | PA | 2003 | MERZ | | Sedan, 4 Door | Silver/Alumin |
| TRAILING UNIT 1 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | | Color |
| TRAILING UNIT 2 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | | Color |

| Owner/Lessee or Carrier | First Name | Middle Name | Suffix |
|---|---|---|---|
| Wearing | Kassandra | Janae | |

| Owner Street Address | City | State | Zip Code |
|---|---|---|---|
| 2118 FARR ST | SCRANTON | PA | 18504 |

| Charge | |
|---|---|
| DRIVING WHILE OPERATING PRIVILEGE IS SUSPENDED OR REVOKED | TITLE 75 |

| Nature of Offense | 67 PA Code | Section | Subsection |
|---|---|---|---|
| OPERATION OF VEHICLE WITH SUSPENDED OR REVOKED LICENSE FOR DUI 1ST OFFENSE | | 1543 | B1i |
| | Ref. 49 CFR | FINE | $500 |

| Actual Speed | Allowed Speed | Timing Device | Fine Doubled Due To | E.M.S. | $ 20.00 |
|---|---|---|---|---|---|

| Offense Date | Time | Day | Vehicle Weight | Permitted Weight | File on Info. Rec'd | Lab Serv. Requested | SURCHARGE | $ 45.00 |
|---|---|---|---|---|---|---|---|---|
| 11/05/2021 | 0:42 | Friday | lbs. | lbs. | No | No | | |

| Comm. Veh. | HazMat | Juvenile | Parents Notified | Accident Rpt. | Incident Number | Weather Conditions | COSTS | $ 42.00 |
|---|---|---|---|---|---|---|---|---|
| No | No | No | No | No | PA 2021-1470804 | No Adverse Conditions | | |

| Location | J.C.P./A.T.J. | $ 22.00 |
|---|---|---|
| ON PA33 N AT 0.9 | | |

| Route | Dir. of Travel | Interstate | County | Twp-Boro-City | Total Due | $629.00 |
|---|---|---|---|---|---|---|
| 0033 | N | No | Northampton | Lower Saucon Township | | |

| Speed Timing Device Operator | Miles Followed | Miles Timed | Secs. Timed | Special Activity |
|---|---|---|---|---|
| | | | | STEP - ST (Straight Time) |

| Stopped By | Observed By | Speed Detection Type | Station Equip. Tested | Date Equip. Tested | Speed Equip. Serial No. |
|---|---|---|---|---|---|
| Marked | Marked | | | | |

| Confidential Information Section |
|---|
| MERCEDES-BENZ |

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to the unsworn falsification to authorities. I certify this filing complies with the UJS Case Records Public Access Policy.

| Officer | E-FILED | Officer ID No. |
|---|---|---|
| BIRD, BRIAN | | 713749 |

THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE | PA STATE POLICE - BELFAST

| ORI Number | Phone Number |
|---|---|
| PAPSP2100 | 6107596106 |

## RIGHTS AND OBLIGATIONS
### This citation will be filed with the magisterial district judge whose address appears above.

1. Within ten (10) days of the receipt of this citation you must;
a. PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $9.00 if the offense charged is under the Vehicle Code; or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial.
OR
b. PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require.
OR
c. Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral.
OR
d. PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at <https://ujsportal.pacourts.us/epay> to make a payment.
OR
e. PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because of the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S.§ 1543(b) (Driving while operating privilege is suspended or revoked.)
2. If you fail to appear for trial, the trial may be held in your absence.
3. If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified above will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest.
4. If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons.
5. If you plead guilty or are found guilty, points may be assessed against your driver's record. An accumulation of points may result in the suspension of your driving privilege.
6. Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa.C.S.§§ 1371, 3341, 3345, 3367, 3718, 3733, 3734, 3736, subsequent convictions of Pa.C.S.§ 3361 when occurring in an active work zone and an accident report is submitted by the police, subsequent convictions of 75 Pa. C.S.§ 1501, a violation of 75 Pa.C.S.§ 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa.C.S.§ 3362 when occurring in an active work zone.
7. If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas.
8. If you are disabled and require assistance, please contact the Magisterial District office shown above.

Explanation of Terms:
E.M.S. - Emergency Medical Service Act
SURCHARGE - Funds distributed pursuant to 75 Pa.C.S. §§ 3345(J) and 6506
J.C.P./A.T.J. - Judicial Computer Project/Access to Justice

MDJS 406-95

Printed: 11/05/2021 10:28:04AM



Petitioner Exhibit "A"

Magisterial District No.    03-2-04

14    ER ST
BE    LEHEM, PA 18015

(610) 865-4010

## TRAFFIC CITATION

ISSUED    11/05/2021

T9232182-1

| | | | | | Driver's Number 20572401 | State PA | CDL NO |
|---|---|---|---|---|---|---|---|

| Defendant's First Name RAYMOND | | Middle Name | Last Name IANUALE | | Suffix | Race WHITE - W | | | Sex M |
|---|---|---|---|---|---|---|---|---|---|

| Defendant's Street Address 180 ALPHA DR | City STROUDSBURG | State PA | Zip Code 18360 | D.O.B. 06/09/1961 | Ethnicity NOT OF HISPANIC ORIGI | | Primary Phone | 2nd Phone |
|---|---|---|---|---|---|---|---|---|

| PRIMARY VEHICLE | Veh. Reg. No. LP88301 | Reg. Yr. 2022 | State PA | Model Yr. 2003 | Make MERCEDES-BENZ | Model | Style SEDAN, 4-DOOR, AUTO | Color ALUMINUM/SIL |
|---|---|---|---|---|---|---|---|---|
| TRAILING UNIT 1 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | | Color |
| TRAILING UNIT 2 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | | Color |

| Owner/Lessee or Carrier WEARING | First Name KASSANDRA | Middle Name JANAE | Suffix |
|---|---|---|---|
| Owner Street Address 2118 FARR ST | City SCRANTON  (USA) | State PA | Zip Code 18504 |

| Charge OPERATION OF VEHICLE WITHOUT OFFICIAL CERTIFICATE OF INSPECTION | | TITLE 75 | |
|---|---|---|---|
| Nature of Offense DISPLAYED UNAUTHORIZED CERTIFICATE OF INSPECTION ON VEHICLE | 67 PA Code | Section 4703 | Subsection E |
| | Ref. 49 CFR | FINE | |

| Actual Speed MPH | Allowed Speed MPH | Timing Device | Fine Doubled Due To | | E.M.S. | $20.00 |
|---|---|---|---|---|---|---|
| Offense Date 11/05/2021 | Time 00:42 | Day FRIDAY | Vehicle Weight lbs. | Permitted Weight lbs. | Filed on Info. Rec'd. NO | Lab Serv. Requested NO | SURCHARGE | $45.00 |
| Comm. Veh. NO | HazMat NO | Juvenile NO | Parents Notified NO | Accident Rpt. NO | Incident Number PA 2021-1470804 | Weather Conditions NO ADVERSE CONDITIONS | COSTS | $0.00 |
| Location ON PA33 N AT 0.9 | | | | | | | J.C.P./A.T.J | $22.00 |

| Route 0033 | Dir. of Travel N | Interstate NO | County NORTHAMPTON | Twp-Boro-City LOWER SAUCON TWP | | Total Due | |
|---|---|---|---|---|---|---|---|

| Speed Timing Device Operator | | | Miles Followed | Miles Timed | Secs. Timed | Special Activity STEP - ST (STRAIGHT TIME) |
|---|---|---|---|---|---|---|
| Stopped By , MARKED | Observed By MARKED | Speed Detection Type | Station Equip. Tested | Date Equip. Tested | Speed Equip. Serial No. | |

Confidential Information Section
STICKER ASSIGNED TO A SUBARU

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities. I certify this filing complies with the UJS Case Records Public Access Policy.

| Officer TPR    BIRD, BRIAN | E-FILED | Officer ID NO. 00713749 |
|---|---|---|

| THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE | PA STATE POLICE - BELFAST | ORI Number PAPSP2100 | Phone Number (610) 759-6106 |
|---|---|---|---|

DEFENDANT'S COPY

COMMONWEALTH OF PENNSYLVANIA
Magisterial District No. MDJ-03-2-04
1404 Walter Street
Bethlehem, PA 18015
610-865-4010



**TRAFFIC CITATION**

CITATION NO.: T9232183-2

Docket Number Assigned by Court:
MJ-03204-TR-0001628-2021

ISSUED: 11/05/2021

| Defendant's First Name Raymond | Middle Name | Last Name Ianuale | Suffix | Race | | | Sex M |
|---|---|---|---|---|---|---|---|
| | | | | | Driver's Number 20572401 | State PA | CDL NO |

| Defendant's Address Street 180 ALPHA DR | City STROUDSBURG | | State PA | Zip Code 18360 | D.O.B. 06/09/1961 | Ethnicity | Primary Phone | 2nd Phone |
|---|---|---|---|---|---|---|---|---|

| PRIMARY VEHICLE | Veh. Reg. No. LPS8301 | Reg. Yr. 2022 | State PA | Model Yr. 2003 | Make MERZ | Model | Style Sedan, 4 Door | Color Silver/Alumin |
|---|---|---|---|---|---|---|---|---|
| TRAILING UNIT 1 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | | Color |
| TRAILING UNIT 2 | Veh. Reg. No. | Reg. Yr. | State | Make | | Style | | Color |

| Owner/Lessee or Carrier Wearing | First Name Kassandra | Middle Name Janae | Suffix |
|---|---|---|---|

| Owner Street Address 2118 FARR ST | City SCRANTON | State PA | Zip Code 18504 |
|---|---|---|---|

| Charge OPERATION FOLLOWING SUSPENSION OF REGISTRATION | | | | TITLE 75 |
|---|---|---|---|---|

| Nature of Offense OPERATING VEHICLE WITH SUSPENDED REGISTRATION | | 67 PA Code | Section 1371 | Subsection A |
|---|---|---|---|---|
| | | Ref. 49 CFR | FINE | $250 |

| Actual Speed | Allowed Speed | Timing Device | Fine Doubled Due To | | E.M.S. | $ 20.00 |
|---|---|---|---|---|---|---|
| Offense Date 11/05/2021 | Time 0:42 | Day Friday | Vehicle Weight lbs. | Permitted Weight lbs. | File on Info. Rec'd No | Lab Serv. Requested No | SURCHARGE | $ 45.00 |
| Comm. Veh. No | HazMat No | Juvenile No | Parents Notified No | Accident Rpt. No | Incident Number PA 2021-1470804 | Weather Conditions No Adverse Conditions | COSTS | $ 0.00 |
| Location ON PA33 N AT 0.9 | | | | | | | J.C.P./A.T.J. | $ 22.00 |
| Route 0033 | Dir. of Travel N | Interstate No | County Northampton | Twp-Boro-City Lower Saucon Township | | | Total Due | $337 |
| Speed Timing Device Operator | | | Miles Followed | Miles Timed | Secs. Timed | Special Activity STEP - ST (Straight Time) |
| Stopped By Marked | Observed By Marked | Speed Detection Type | Station Equip. Tested | | Date Equip. Tested | Speed Equip. Serial No. |
| Confidential Information Section TYPE F -MERCEDES-BENZ | | | | | | |

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to the unsworn falsification to authorities. I certify this filing complies with the UJS Case Records Public Access Policy.

| Officer BIRD, BRIAN | **E-FILED** | Officer ID No. 713749 |
|---|---|---|
| THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE | PA STATE POLICE - BELFAST | ORI Number PAPSP2100 | Phone Number 6107596106 |

**RIGHTS AND OBLIGATIONS**
This citation will be filed with the magisterial district judge whose address appears above.

1. Within ten (10) days of the receipt of this citation you must;
a. PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $9.00 if the offense charged is under the Vehicle Code; or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial.
OR
b. PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require.
OR
c. Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral.
OR
d. PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at <https://ujsportal.pacourts.us/epay> to make a payment.
OR
e. PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because of the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S.§ 1543(b) (Driving while operating privilege is suspended or revoked.)
2. If you fail to appear for trial, the trial may be held in your absence.
3. If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified above will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest.
4. If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons.
5. If you plead guilty or are found guilty, points may be assessed against your driver's record. An accumulation of points may result in the suspension of your driving privilege.
6. Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa.C.S.§§ 1371, 3341, 3345, 3367, 3718, 3733, 3734, 3736, subsequent convictions of Pa.C.S.§ 3361 when occurring in an active work zone and an accident report is submitted by the police, subsequent convictions of 75 Pa. C.S.§ 1501, a violation of 75 Pa.C.S.§ 3361 when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa.C.S.§ 3362 when occurring in an active work zone.
7. If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas.
8. If you are disabled and require assistance, please contact the Magisterial District office shown above.

Explanation of Terms:
E.M.S. - Emergency Medical Service Act
SURCHARGE - Funds distributed pursuant to 75 Pa.C.S. §§ 3345(J) and 6506
J.C.P./A.T.J. - Judicial Computer Project/Access to Justice

Printed: 11/05/2021 10:28:04AM

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF NORTHAMPTON

**HELLERTOWN BOROUGH
LOWER SAUCON TOWNSHIP**

### ALAN R. MÈGE, ESQ.

## Magisterial District Judge

Magisterial District 03-2-04
1404 Walter Street
Bethlehem, PA 18015-5340

OFFICE:
TEL 610-865-4010
FAX 610-865-4361

November 5, 2021

Raymond Ianuale
180 Alpha Drive
Stroudsburg, PA 18360

RE:    Commonwealth of Pennsylvania vs. Raymond Ianuale
Docket No./Citation No.: TR-1626-21/ T9232181-0

Dear Mr. Ianuale,

You have been cited for Driving While Operating Privilege is Suspended or Revoked 1543(b)(1)(I). A person who drives a motor vehicle on any highway or traffic way of this commonwealth at a time when the person's operating privilege is suspended or revoked as a condition of acceptance of accelerated rehabilitative disposition for a violation of Section 3802 (relating to driving under the influence of alcohol or controlled substance); or the former Section 3731, because of a violation of Section 1547(b)(1)(I) (relating to suspension for refusal); or 3802 or former Section 3731 or is suspended under Section 1581 (relating to drivers' license compact) for an offense substantially similar to a violation of Section 3802 or former Section 3731 shall, upon conviction, be guilty of a summary offense and shall be sentenced to pay **a fine of $500.00 AND to undergo imprisonment for a period of not less than 60 days nor more than 90 days.**

***You have 10 days from the receipt of this letter to come into the office and enter a plea.** Because of the **mandatory imprisonment** you should contact an attorney as soon as possible. *If you cannot afford an attorney, one will be appointed/or you, pursuant to Pa.R.Crim.P.122(A).  A Public Defender Application is attached for your review and completion.*

If you fail to respond within the 10-day period, a warrant may be issued for your arrest.

Sincerely,

Alan R. Mège
Magisterial District Judge

ARM/kma
Enclosure

Exh A

COMMONWEALTH OF PENNSYLVANIA, )
)
) Case Number **SA - 101 - 2022**
)
vs. ) Charge(s) **75 § 1543 §§ B1;**
) **Drg Lic Sus/Rev. 75 § 4703 §§ E**
**Raymond Ianuale** , ) **Display Unauth Cert of Ins;**
**Defendant** ) **75 § 1371 §§ A Veh Reg Suspended**
)

## ORDER OF COURT

**AND NOW,** this **26** day of **September** , 20 **22** , after full hearing held in the above matter,

_____ charges are withdrawn by Commonwealth and dismissed with prejudice,

_____ appeal is withdrawn by defendant,

_____ defendant pleads guilty

The defendant is found:

_____ not guilty of violation(s) _____.

_____ guilty of violation _____, and
_____ fined the amount of $ _____, in addition to all court costs, plus $10.00 E.M.S.,
CAT Fund.
_____ undergo incarceration in the Northampton County Prison for a period of _____ days.
Defendant is directed to report to the gates of the Northampton County Prison at _____
on _____.

_____ guilty of violation _____, and
_____ fined the amount of $ _____, in addition to all court costs, plus $10.00 E.M.S.,
CAT Fund.
_____ undergo incarceration in the Northampton County Prison for a period of _____ days.
Defendant is directed to report to the gates of the Northampton County Prison at _____
on _____.

_____ guilty of violation _____, and
_____ fined the amount of $ _____, in addition to all court costs, plus $10.00 E.M.S.,
CAT Fund.
_____ undergo incarceration in the Northampton County Prison for a period of _____ days.
Defendant is directed to report to the gates of the Northampton County Prison at _____
on _____.

All costs and fines must be paid within _____ days of the date of this order.

**The defendant is advised of the right to file a written notice of appeal to the Superior Court within 30 days of this order
pursuant to Pa. Rule of Criminal Procedure 720D.** A Written notice of appeal shall be accompanied by an order for
transcription of the notes of testimony of the hearing. A fee will be assessed for the same and must be timely paid, or the
appeal may be dismissed or other sanctions imposed.

Commonwealth Attorney **Donelar**

Defense Attorney _____

Court Reporter **Evans**

**BY THE COURT:**

_____, J.

Commonwealth of Pennsylvania
Court of Common Pleas
County of Northampton
3rd Judicial District



# Itemized Account of Fines, Costs, Fees, and Restitution

Commonwealth of Pennsylvania
v.
Raymond Ianuale

Raymond Ianuale
180 Alpha Dr
Stroudsburg, PA 18360

Docket No:        CP-48-SA-0000061-2022

### Assessments to be paid by Raymond Ianuale

| Costs/Fees | Distribution Account | Assessment Balance |
|---|---|---|
| JCPS | COMM - JCPS | $21.25 |
| Emergency Medical Services (Act 45 of 1985) | COMM - EMS | $20.00 |
| County Court Cost (Act 204 of 1976) | CTY | $23.60 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | COMM - CST1 | $9.45 |
| State Court Costs (Act 204 of 1976) | COMM - COST | $9.45 |
| Postage (Northampton) | CTY - 48 | $2.00 |
| Summary Appeal Filing Fee Northampton) | CTY - 48 | $0.00 |
| Charges - Summary (Northampton) | CTY - 48 | $20.00 |
| Emergency Medical Services (Act 45 of 1985) | COMM - EMS | $20.00 |
| OAG - JCP | COMM - OAG | $2.50 |
| Charges - Summary (Northampton) | CTY - 48 | $20.00 |
| CAT/MCARE/General Fund | COMM - MCARE | $45.00 |
| ATJ | COMM - ATJ | $6.00 |
| Automation Fee (Northampton) | CTY - 48 | $5.00 |
| Charges - Summary (Northampton) | CTY - 48 | $20.00 |
| CAT/MCARE/General Fund | COMM - MCARE | $45.00 |
| Judgment Fee (Northampton) | CTY - 48 | $32.25 |
| CJES | COMM - CJES | $2.50 |
| Judicial Computer Project | COMM - JCP | $8.00 |
| Emergency Medical Services (Act 45 of 1985) | COMM - EMS | $20.00 |
| District Attorney (NP, Sum, ARD) (Northampton) | CTY - 48 | $5.00 |
| | | **$337.00** |
| **Fines** | | |
| Title 75, Motor Vehicle (Motor License Fund) | COMM - MLF | $500.00 |
| Title 75, Motor Vehicle (Motor License Fund) | COMM - MLF | $250.00 |
| Title 75, Motor Vehicle (Motor License Fund) | COMM - MLF | $25.00 |
| | | **$775.00** |
| **Balance Due:** | | **$1,112.00** |

Court of Common Pleas - Northampton County
Northampton County Government Center
Criminal Division, Room 209 669 Washington Street
Easton, PA 18042

You can now make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *https://ujsportal.pacourts.us/epay* to make a payment and learn more.



1



FREE INTERPRETER
www.pacourts.us/language-rights

IN THE COURT OF COMMON PLEAS

NORTHAMPTON COUNTY, PA.

## NOTICE OF APPEAL FROM SUMMARY CRIMINAL CONVICTION

Defendant: RAYMOND IANUALE (PRO SE)                District Justice: ALAN ROGER MEGE

180 Alpha Road                                                  1404 Walter Street

Stroudsburg, PA 18360                                       Bethlehem, PA. 18015

Signature: _____                                 MDJ -03-2-04

Decision of District Justice:  Guilty.  Fine imposed

Date of Decision:   02/02/2022    Offense Appealed: OPERATION OF VEHICLE WITHOUT OFFICIAL
CERTIFICAT OF INSPECTION and DISPLAYING UNAUTHORIZED CERTIFICATE OF INSPECTION.  75ss4703E

Officer who Issued Citation:                     Fine and Costs paid:   $0.00

Arresting Officer:  Brian R. Bird,              Defendant released.


District Justice Docket Number:               Defendant is proceeding PRO SE

MJ-03204-TR-0001627 and 1628,-2021

Citation Number:  TR-0001627, 1628 2021


I certify that an APPEAL has been filed in the captioned matter:


_____

CLERK OF COURTS


Cc: Department of Transportation



IN THE COURT OF COMMON PLEAS

NORTHAMPTON COUNTY, PA.

## **NOTICE OF APPEAL FROM SUMMARY CRIMINAL CONVICTION**

Defendant: RAYMOND IANUALE (PRO SE)          District Justice: ALAN ROGER MEGE

180 Alpha Road                                              1404 Walter Street

Stroudsburg, PA. 18360                                  Bethlehem, PA. 18015

Signature: _____                      MDJ -03-2-04

Decision of District Justice:  Guilty.  2 months incarceration, o4/04/2022—06/03/2022

Date of Decision:   02/02/2022    Offense Appealed: Driving with Suspended License 3803 M.V.C.

Officer who Issued Citation:                     Fine and Costs paid:   $0.00

Arresting Officer:  Brian R. Bird,               Defendant released on own ROR

District Justice Docket Number:                  Defendant is proceeding PRO SE

MJ-03204-TR-0001626-2021

Citation Number:  TR-0001626-2021

I certify that an APPEAL has been filed in the captioned matter:

_____

CLERK OF COURTS

Cc: Department of Transportation

Petitioner Exh C

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF NORTHAMPTON



**DL-38 DEFENDANT'S COPY**

Commonwealth of Pennsylvania
v.
Raymond Ianuale

| | |
|---|---|
| Mag. Dist. No: | MDJ-03-2-04 |
| MDJ Name: | Honorable Alan Roger Mege |
| Address: | 1404 Walter Street Bethlehem, PA 18015 |
| Telephone: | 610-865-4010 |

Raymond Ianuale
180 Alpha Dr
Stroudsburg, PA 18360

Docket No:  MJ-03204-TR-0001628-2021
Issued Dt:   11/16/2021

### REQUEST FOR SUSPENSION OF DRIVING PRIVILEGE FOR FAILURE TO RESPOND TO A CITATION OR SUMMONS OR PAY FINES AND COSTS IMPOSED

You have failed to respond to a citation or summons or pay any fines and costs imposed for a violation of the section of the Pennsylvania Vehicle Code shown below. Unless you respond to the citation and pay the fine, costs and penalties shown, or post security for a trial within 15 days of the above date, your name will be referred to the Department of Transportation, which will suspend your driving privilege until you respond to the citation and pay all fines, costs, and penalties imposed. If the Total Due is not specified, you will need to contact the District Court. If your license is suspended, you will be required to pay additional costs to restore your operating privileges.

### THIS NOTICE DOES NOT PERTAIN TO ANY PARKING VIOLATIONS

Driving while under suspension mandates at least a fine of $200.00 and additional 1 year suspension of your driving privilege.

| CITATION NO. | DATE OF VIOLATION | LOCATION OF VIOLATION | CHARGE, SECTION AND SUBSECTION VIOLATED |
|---|---|---|---|
| T 9232183-2 | 11/05/2021 | ON PA33 N AT 0.9 | 75 § 1371 §§ A |

| DESCRIPTION OF VIOLATION | FINE, COSTS AND RESTITUTION | IF TRIAL REQUESTED |
|---|---|---|
| OPERATION FOLLOWING SUSPENSION OF REGISTRATION | $337 | OR $ 50.00 $346 |

| DRIVERS LICENSE NUMBER | CDL | STATE | DATE OF BIRTH | |
|---|---|---|---|---|
| 20572401 | ☐ | PA | 06/09/1961 | |

| LAST NAME | FIRST NAME | MI | SEX |
|---|---|---|---|
| Ianuale | Raymond | | Male |

| STREET ADDRESS | | |
|---|---|---|
| 180 Alpha Dr | | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| Stroudsburg | PA | 18360 |

| REGISTRATION NO. | STATE | REG. YEAR | MAKE | VEHICLE TYPE |
|---|---|---|---|---|
| LPS8301 | PA | 2022 | Mercedes-Benz | Sedan, 4 Door |

OFFENSE OCCURED WHILE DRIVING/TRANSPORTING          ☐ HAZARDOUS MATERIALS    ☐ COMMERCIAL VEHICLE

### SUBMIT CHECK OR MONEY ORDER TO THE ABOVE NAMED MAGISTERIAL DISTRICT JUDGE OFFICE

You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at
*https://ujsportal.pacourts.us/epay* to make a payment.

November 16, 2021
Date

_Seber Mege_
Magisterial District Judge Mege

INSTRUCTIONS:
1. This violation may be disposed of without a trial by paying the fine and costs shown above. Payment of fine and costs prescribed is a plea of guilty.
   NOTE: make your check or money order payable to "MAGISTERIAL DISTRICT NO MDJ-03-2-04".
2. You are entitled to a trial. If you so desire, forward security in the amount of the fines and costs shown plus an additional $9.00 cost to the magisterial district judge together with your plea of not guilty. You will be notified of a trial date. If you do not appear, your security will be forfeited.
3. Failure to pay the fine and costs or post security shall result in the suspension of your driving privileges.

# Magisterial District Judge 43-3-03

## DOCKET

Docket Number: MJ-43303-CR-0000144-2016

**Criminal Docket**

Commonwealth of Pennsylvania

v.

Raymond Richard Ianuale

Page 2 of 3

### CHARGES

| # Charge | Grade | Description | Offense Dt. | Disposition |
|---|---|---|---|---|
| 1 35 § 780-113 §§ A31 | M | Marijuana-Small Amt Personal Use | 02/25/2016 | Dismissed |
| 2 35 § 780-113 §§ A32 | M | Use/Poss Of Drug Paraph | 02/25/2016 | Dismissed |
| 3 75 § 3802 §§ D1i | | DUI: Controlled Substance - Schedule 2 or 3 - 1st Offense | 02/25/2016 | Dismissed |
| 4 75 § 3802 §§ D2 | M | DUI: Controlled Substance - Impaired Ability - 1st Offense | 02/25/2016 | Dismissed |
| 5 75 § 1301 §§ A | S | Dr Unregist Veh | 02/25/2016 | Dismissed |
| 6 75 § 1371 §§ A | S | Veh Reg Suspended | 02/25/2016 | Dismissed |
| 7 75 § 1786 §§ F | S | Oper Veh W/O Req'd Financ Resp | 02/25/2016 | Dismissed |

### DISPOSITION / SENTENCING DETAILS

Case Disposition: **Dismissed**  Disposition Date: 06/21/2016  Was Defendant Present? Yes

| Offense Seq./Description | Offense Disposition |
|---|---|
| 1 Marijuana-Small Amt Personal Use | Dismissed |
| 2 Use/Poss Of Drug Paraph | Dismissed |
| 3 DUI: Controlled Substance - Schedule 2 or 3 -1st Offense | Dismissed |
| 4 DUI: Controlled Substance - Impaired Ability - 1st Offense | Dismissed |
| 5 Dr Unregist Veh | Dismissed |
| 6 Veh Reg Suspended | Dismissed |
| 7 Oper Veh W/O Req'd Financ Resp | Dismissed |

### ATTORNEY INFORMATION

**Assistant District Attorney**
Name: Catherine Theresa Pirolli, Esq.
Representing: Commonwealth of Pennsylvania
Counsel Status: Active
Supreme Court No.: 320823
Phone No.: 570-517-3052
Address: Monroe County Office of the District Attorney
610 Monroe St Ste #126
Stroudsburg, PA 18360

**Private**
Name: Monroe County Public Defenders Office
Representing: Ianuale, Raymond Richard
Counsel Status: Inactive
Supreme Court No.:
Phone No.:
Address: 610 Monroe Street
Stroudsburg, PA 18360

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

P- Exh. "D"

# Magisterial District Judge 43-3-03

## DOCKET TRANSCRIPT

Docket Number: MJ-43303-CR-0000326-2016

## Criminal Docket

Commonwealth of Pennsylvania

v.

Raymond Richard Ianuale

Page 1 of 5

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Magisterial District Judge Thomas E. Olsen | Issue Date: | 07/26/2016 |
| OTN: | T 821410-2 | File Date: | 07/26/2016 |
| Arresting Agency: | Swiftwater PSP | Arrest Date: | |
| Complaint/Incident #: | PA201614103 | Disposition: | Held for Court |
| County: | Monroe | Disposition Date: | 08/30/2016 |
| Township: | Pocono Township | Case Status: | Closed |

### STATUS INFORMATION

| Case Status | Status Date | Processing Status |
|---|---|---|
| Closed | 09/01/2016 | Case Transferred to Court of Common Pleas |
| | 08/30/2016 | Completed |
| | 08/30/2016 | Case Balance Due |
| | 08/30/2016 | Completed |
| | 07/26/2016 | Awaiting Preliminary Hearing |

*30 Days Pass 5-17-16*
*Date 10-21-16*
*7-26-16*

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Preliminary Hearing | 08/30/2016 | 11:00 am | | Magisterial District Judge Thomas E. Olsen | Scheduled |

### DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Ianuale, Raymond Richard | Sex: | Male |
| Date of Birth: | 06/09/1961 | Race: | White |
| Address(es): | | | |

**Home**
179 Buffalo Lane
Saylorsburg, PA  18353

| | |
|---|---|
| Advised of His Right to Apply for Assignment of Counsel? | Yes |
| Public Defender Requested by the Defendant? | No |
| Application Provided for Appointment of Public Defender? | Yes |
| Has the Defendant Been Fingerprinted? | Yes |

### CASE PARTICIPANTS

| Participant Type | Participant Name | OTN/LOTN | Docket Number | Was Sworn In? | Has Testified? |
|---|---|---|---|---|---|
| Prosecution | Commonwealth of Pennsylvania | | | No | No |
| Defendant | Ianuale, Raymond Richard | | | No | No |
| Arresting Officer | Petrucci, Leo J. | | | No | No |

MDJS 1200

Printed: 01/12/2017   2:05 pm

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act(18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

*(36) Pet's Exh "E"*

# Magisterial District Judge 43-3-03

## DOCKET TRANSCRIPT



Docket Number: MJ-43303-CR-0000326-2016

# Criminal Docket



Commonwealth of Pennsylvania
v.
Raymond Richard Ianuale

Page 2 of 5

## BAIL

**Bail Set:**

| Bail Action Type | Bail Action Date | Bail Type | Percentage | Amount |
|---|---|---|---|---|
| Set | 08/30/2016 | Unsecured | | $10,000.00 |

**Bail Posted:**

| Surety Type | Surety Name | Posting Status | Posted Dt | Security Type | Security Amt |
|---|---|---|---|---|---|
| Self | Ianuale, Raymond Richard | Posted | 09/01/2016 | Unsecured | $10,000.00 |
| | 179 Buffalo Lane Saylorsburg, PA 18353 | | | | |

**Bail Depositor(s):**

| Depositor Name | Amount |
|---|---|
| | |

## CHARGES

| # | Charge | Grade | Description | Offense Dt. | Disposition |
|---|---|---|---|---|---|
| 1 | 35 § 780-113 §§ A31I | M | Marijuana-Small Amt Personal Use | 02/25/2016 | Held for Court |
| 2 | 35 § 780-113 §§ A32 | M | Use/Poss Of Drug Paraph | 02/25/2016 | Held for Court |
| 3 | 75 § 3802 §§ D1ii** | | DUI: Controlled Substance - Schedule 2 or 3 - 2nd Offense | 02/25/2016 | Held for Court |
| 4 | 75 § 3802 §§ D2** | | DUI: Controlled Substance - Impaired Ability - 2nd Offense | 02/25/2016 | Held for Court |
| 5 | 75 § 1301 §§ A | S | Dr Unregist Veh | 02/25/2016 | Held for Court |
| 6 | 75 § 1371 §§ A | S | Veh Reg Suspended | 02/25/2016 | Held for Court |
| 7 | 75 § 1786 §§ F | S | Oper Veh W/O Req'd Financ Resp | 02/25/2016 | Held for Court |

## DISPOSITION / SENTENCING DETAILS

| Case Disposition | Disposition Date | Was Defendant Present? |
|---|---|---|
| Held for Court | 08/30/2016 | Yes |

| Offense Seq./Description | Offense Disposition |
|---|---|
| 1 Marijuana-Small Amt Personal Use | Held for Court |
| 2 Use/Poss Of Drug Paraph | Held for Court |
| 3 DUI: Controlled Substance - Schedule 2 or 3 - 2nd Offense | Held for Court |
| 4 DUI: Controlled Substance - Impaired Ability - 2nd Offense | Held for Court |
| 5 Dr Unregist Veh | Held for Court |
| 6 Veh Reg Suspended | Held for Court |
| 7 Oper Veh W/O Req'd Financ Resp | Held for Court |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act(18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# Magisterial District Judge 43-3-03

## DOCKET TRANSCRIPT

Docket Number: MJ-43303-CR-0000326-2016

# Criminal Docket



Commonwealth of Pennsylvania
v.
Raymond Richard Ianuale

Page 3 of 5

## ATTORNEY INFORMATION

| Public Defender | District Attorney |
|---|---|
| **Name:** Monroe County Public Defenders Office | **Name:** Monroe County District Attorney's Office |
| **Representing:** Ianuale, Raymond Richard | **Representing:** Commonwealth of Pennsylvania |
| **Counsel Status:** Active | **Counsel Status:** Active |
| **Supreme Court No.:** | **Supreme Court No.:** |
| **Phone No.:** | **Phone No.:** 570-420-3470 |
| **Address:** 610 Monroe Street<br>Stroudsburg, PA 18360 | **Address:** Monroe County Courthouse<br>610 Monroe Street<br>Stroudsburg, PA 18360 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act(18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# Magisterial District Judge 43-3-03

## DOCKET TRANSCRIPT

Docket Number: MJ-43303-CR-0000326-2016

# Criminal Docket

Commonwealth of Pennsylvania
v.
Raymond Richard Ianuale

Page 4 of 5

### DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 09/01/2016 | Bail Posted | Court of Common Pleas | Raymond Richard Ianuale, Defendant |
| 09/01/2016 | Case Transferred to Court of Common Pleas | Court of Common Pleas | Raymond Richard Ianuale, Defendant |
| 08/30/2016 | Penalty Satisfied | Magisterial District Court 43-3-03 | Raymond Richard Ianuale, Defendant |
| 08/30/2016 | Penalty Assessed | Magisterial District Court 43-3-03 | Raymond Richard Ianuale, Defendant |
| 08/30/2016 | Case Balance Adjustment Recorded | Magisterial District Court 43-3-03 | Raymond Richard Ianuale, Defendant |
| 08/30/2016 | Bail Set | Magisterial District Court 43-3-03 | Raymond Richard Ianuale, Defendant |
| 08/30/2016 | Held for Court | Magisterial District Judge Thomas E. Olsen | Raymond Richard Ianuale, Defendant |
| 08/16/2016 | First Class Summons Accepted | Magisterial District Court 43-3-03 | Raymond Richard Ianuale, Defendant |
| 08/03/2016 | Certified Summons Accepted | Magisterial District Court 43-3-03 | Raymond Richard Ianuale, Defendant |
| 08/03/2016 | Certified Fingerprint Order Accepted | Magisterial District Court 43-3-03 | Raymond Richard Ianuale, Defendant |
| 08/01/2016 | Fingerprint Order Returned - Criminal Case | Magisterial District Court 43-3-03 | Raymond Richard Ianuale, Defendant |
| 07/26/2016 | Summons Issued | Magisterial District Court 43-3-03 | Raymond Richard Ianuale, Defendant |
| 07/26/2016 | Certified Summons Issued | Magisterial District Court 43-3-03 | Raymond Richard Ianuale, Defendant |
| 07/26/2016 | First Class Fingerprint Order Issued | Magisterial District Court 43-3-03 | Raymond Richard Ianuale, Defendant |
| 07/26/2016 | Fingerprint Order Issued | Magisterial District Court 43-3-03 | Raymond Richard Ianuale, Defendant |

Report to Agency: Monroe County Central Booking Center, Stroudsburg
Authority: Olsen, Thomas E.
Report From: 7/26/2016 12:00:00 AM
Comments: Please telephone the Booking Center at (570) 992-6643 to schedule an appointment.
Report To: 8/29/2016 12:00:00 AM

| | | | |
|---|---|---|---|
| 07/26/2016 | Certified Fingerprint Order Issued | Magisterial District Court 43-3-03 | Raymond Richard Ianuale, Defendant |
| 07/26/2016 | Preliminary Hearing Scheduled | Magisterial District Court 43-3-03 | Raymond Richard Ianuale, Defendant |
| 07/26/2016 | Attorney Active | Monroe County District Attorney's Office | Commonwealth of Pennsylvania, Prosecution |
| 07/26/2016 | Attorney Active | Monroe County Public Defenders Office | Raymond Richard Ianuale, Defendant |
| 07/26/2016 | Criminal Complaint Filed | Magisterial District Court 43-3-03 | Raymond Richard Ianuale, Defendant |
| 07/26/2016 | First Class Summons Issued | Magisterial District Court 43-3-03 | Raymond Richard Ianuale, Defendant |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history record check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act(18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Pet's Exhibit F

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONROE



**Preliminary Hearing Notice**

| |
|---|
| Mag. Dist. No: MDJ-43-3-03 |
| MDJ Name:   Honorable Thomas E. Olsen |
| Address:      234 Old Mill Road<br>           P.O. Box 736<br>           Tannersville, PA  18372 |
| Telephone:   570-629-1460 |

Commonwealth of Pennsylvania
v.
Raymond Richard Ianuale

Raymond Richard Ianuale
179 Buffalo Lane
Saylorsburg, PA  18353

Docket No:   MJ-43303-CR-0000326-2016
Case Filed:   7/26/2016
Comp/Cit #:  PA201614103
OTN:        T 821410-2

**Charge(s)**

| | |
|---|---|
| 35 § 780-113 §§ A31l (Lead) | Marijuana-Small Amt Personal Use |
| 35 § 780-113 §§ A32 | Use/Poss Of Drug Paraph |
| 75 § 3802 §§ D1ii** | DUI: Controlled Substance - Schedule 2 or 3 - 2nd Offense |

A Preliminary Hearing has been scheduled for the above captioned case to be held on/at:

| Date: **Tuesday, August 30, 2016** | Place: | Magisterial District Court 43-3-03,  Tannersville<br>234 Old Mill Road<br>P.O. Box 736<br>Tannersville, PA  18372<br>570-629-1460 |
|---|---|---|
| Time: **11:00 AM** | | |

**Notice To Defendant**

A complaint has been filed charging you with the offense(s) set forth above and on the attached copy of the complaint. If you fail to appear at the time and place above without cause, you will be deemed to have waived your right to be present at any further proceedings before the Magisterial District Judge and the case will proceed in your absence. If any of the charges against you are held for court, a request for a bench warrant against you will be transmitted to the Court of Common Pleas.
At the preliminary hearing you may:
1.   Be represented by counsel;
2.   Cross-examine witnesses and inspect physical evidence offered against you;
3.   Call witnesses on your behalf other than witnesses to testify to your good reputation only, offer evidence on your behalf and testify;
4.   Make written notes of the proceeding, or have your counsel do so, or make a stenographic, mechanical, or electronic record of the proceedings.

If the case is held for court and if you fail to appear without cause at any proceeding for which your presence is required, including trial, your absence may be deemed a waiver of your right to be present, and the proceeding, including the trial, may be conducted in your absence.

If you cannot afford to hire an attorney, one may be appointed to represent you. Please contact the office of the Magisterial District Judge for additional information regarding the appointment of an attorney. If you have any questions, please call the above office immediately.
Should you fail to appear for your preliminary hearing, a warrant will be issued for your arrest.

July 26, 2016
_____
Date

*Tom Olsen*
_____
Magisterial District Judge Thomas E. Olsen

Si usted necesita un intérprete, llame al tribunal inmediatamente al teléfono listado arriba.

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONROE



**Preliminary Hearing Notice**

Commonwealth of Pennsylvania
v.
Raymond Richard Ianuale

| | |
|---|---|
| Mag. Dist. No: | MDJ-43-3-03 |
| MDJ Name: | Honorable Thomas E. Olsen |
| Address: | 234 Old Mill Road<br>P.O. Box 736<br>Tannersville, PA  18372 |
| Telephone: | 570-629-1460 |

Raymond Richard Ianuale
179 Buffalo Lane
Saylorsburg, PA  18353

Docket No:    MJ-43303-CR-0000144-2016
Case Filed:  4/1/2016
Comp/Cit #:  PA201614103
OTN/LOTN:    X 003903-4/X 003903-4

Charge(s)

| | |
|---|---|
| 35 § 780-113 §§ A31 (Lead) | Marijuana-Small Amt Personal Use |
| 35 § 780-113 §§ A32 | Use/Poss Of Drug Paraph |
| 75 § 3802 §§ D1ii* | DUI: Controlled Substance - Schedule 2 or 3 - 1st Offense |

A Preliminary Hearing has been scheduled for the above captioned case to be held on/at:

| Date: **Tuesday, May 17, 2016** | Place: | Magisterial District Court 43-3-03,  Tannersville<br>234 Old Mill Road<br>P.O. Box 736<br>Tannersville, PA  18372<br>570-629-1460 |
|---|---|---|
| Time:  **9:30 AM** | | |

**Notice To Defendant**

A complaint has been filed charging you with the offense(s) set forth above and on the attached copy of the complaint. If you fail to appear at the time and place above without cause, you will be deemed to have waived your right to be present at any further proceedings before the Magisterial District Judge and the case will proceed in your absence.  If any of the charges against you are held for court, a request for a bench warrant against you will be transmitted to the Court of Common Pleas.
At the preliminary hearing you may:
1.    Be represented by counsel;
2.    Cross-examine witnesses and inspect physical evidence offered against you;
3.    Call witnesses on your behalf other than witnesses to testify to your good reputation only, offer evidence on your behalf and testify;
4.    Make written notes of the proceeding, or have your counsel do so, or make a stenographic, mechanical, or electronic record of the proceedings.

If the case is held for court and if you fail to appear without cause at any proceeding for which your presence is required, including trial, your absence may be deemed a waiver of your right to be present, and the proceeding, including the trial, may be conducted in your absence.

If you cannot afford to hire an attorney, one may be appointed to represent you.  Please contact the office of the Magisterial District Judge for additional information regarding the appointment of an attorney.  If you have any questions, please call the above office immediately.
Should you fail to appear for your preliminary hearing, a warrant will be issued for your arrest.

April 01, 2016
_____
Date

*Tom Olsen*
_____
Magisterial District Judge Thomas E. Olsen

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number.  We are unable to provide transportation. You can make case payments online through Pennsylvania's Unified Judicial System web portal.  Visit the portal at http://ujsportal.pacourts.us to make a payment.

| | All Charge(s) |
|---|---|
| 35 § 780-113 §§ A31l (Lead) | Marijuana-Small Amt Personal Use |
| 35 § 780-113 §§ A32 | Use/Poss Of Drug Paraph |
| 75 § 3802 §§ D1ii* | DUI: Controlled Substance - Schedule 2 or 3 - 1st Offense |
| 75 § 3802 §§ D2* | DUI: Controlled Substance – Impaired Ability - 1st Offense |
| 75 § 1301 §§ A | Dr Unregist Veh |
| 75 § 1371 §§ A | Veh Reg Suspended |
| 75 § 1786 §§ F | Oper Veh W/O Req'd Financ Resp |

Mag. Dist. No.: MDJ-43-3-03

MDJ Name: Honorable Thomas E. Olsen

Address: 234 Old Mill Road
P.O. Box 736
Tannersville, PA 18372

Telephone: 570-629-1460

**Commonwealth of Pennsylvania**
v.
**Raymond Richard Ianuale**

Raymond Richard Ianuale
179 Buffalo Lane
Saylorsburg, PA 18353

DOB: 06/09/1961
DL: 20572401

Docket No: MJ-43303-CR-0000326-2016
Case No:
OTN:
Incident No: PA2016-7403

**Type of Case:**
☐ Retail Theft
☒ Police Prosecution (Summons)
☐ Private Prosecution (Convictions)

PAPSP8300 – Swiftwater PSP
(Citing Authority)

Offense Date: 02/25/2016    Officer: 716386 Petrucci, Leo J

YOU HAVE BEEN CHARGED WITH THE OFFENSE OF:

Charge(s)

| 35 § 780-113 §§ A31 (Lead) | Marijuana-Small Amt Personal Use |
| 35 § 780-113 §§ A32 | Use/Poss Of Drug Paraph |
| 75 § 3802 §§ D11 | DUI: Controlled Substance - Schedule 2 or 3 - 2nd Offense |

BETWEEN THE DATES OF: 07/26/2016 AND 08/29/2016
(Date)              (Date)

YOU ARE HEREBY ORDERED TO REPORT TO: Monroe County Central Booking Center
4250 Manor Drive
Stroudsburg, PA 18360

TO BE FINGERPRINTED IN ACCORDANCE WITH THE CRIMINAL HISTORY RECORD INFORMATION ACT, 18 Pa.C.S. § 9112.

**THIS ORDER MUST BE PRESENTED AT THE TIME OF FINGERPRINTING.**

Comments: Please telephone the Booking Center at (570) 992-6643 to schedule an appointment.

_____
(Signature of Defendant)
(In the presence of Issuing Authority or Fingerprinting Official)

_____
(Signature of Official Taking Fingerprints)

July 26, 2016
Date

Magisterial District Judge Thomas E. Olsen

INSTRUCTIONS TO FINGERPRINTING AGENCY

Under the Criminal History Record Information Act, 18 Pa.C.S. § 9112, you are to fingerprint the defendant named in this order. Record the OTN on the fingerprint card, and forward the completed fingerprint card to the Pennsylvania State Police, Central Repository, 1800 Elmerton Avenue, Harrisburg, PA 17110. This form should be signed by the defendant and the fingerprinting official, and shall accompany the fingerprint card on retail theft cases. On retail theft cases, the state police will classify the fingerprints and determine whether the defendant has any prior retail theft convictions. Findings will be forwarded to the police department and the judge named above on police prosecutions and or to the judge only on private prosecutions. On all other cases, this form shall be returned to the issuing authority.

**RESULTS OF PENNSYLVANIA STATE POLICE RECORD SEARCH:**

☐ NO RECORD OF RETAIL THEFT CONVICTIONS        ☐ DEFENDANT HAS _____ PREVIOUS CONVICTION(S) FOR RETAIL THEFT

STATE IDENTIFICATION NUMBER ___ ___ ___ - ___ ___ - ___ ___ ___ ___

MDJS 405                                        1                                        Printed: 07/26/2016  4:08:59PM

Pet "Exhibits"

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF TRANSPORTATION
BUREAU OF DRIVER LICENSING
HARRISBURG, PA  17123
10/22/20

RAYMOND IANUALE                    DRIVER'S LICENSE NUMBER: 20572401
180 ALPHA DR                       BIRTH DATE:               06/09/61
                                   ELIGIBILITY DATE:         11/21/20
STROUDSBURG    PA 18360

Dear MR. IANUALE :

This is a RESTORATION REQUIREMENTS LETTER.  It lists what you
must do to restore your driving privilege.  PLEASE BE AWARE THAT
THIS LETTER DOES NOT AUTHORIZE YOU TO DRIVE.  You will be notified
by the Department of Transportation (PennDOT) that your driving
privilege has been restored.  Only after that may you drive.

An ELIGIBILITY DATE is listed above.  This is the date you are eligible
to have your driving privilege restored, provided no other violations
are processed against your driving record.  This date is effective
regardless of any other dates listed within this letter.

Please read the following information carefully and be sure to
complete all requirements to have your driving privilege restored.
Unless another address is indicated, return any documents and/or
fees to the MAILING ADDRESS listed at the end of this letter.

RESTORATION FEE
-Currently, you must pay a $76.00 restoration fee to PennDOT. This
 fee is based on the Consumer Price Index and subject to change. To pay
 your restoration fee, you can mail a check or money order made payable
 to PennDOT. To ensure proper credit, write your driver's license number
 (listed above) on the check or money order. You can also visit our
 website at www.dmv.pa.gov to pay your restoration fee online.

PROOF OF INSURANCE
-Within 30 days of your ELIGIBILITY DATE, provide a copy of one of
 the following to PENNDOT to show that all motor vehicles currently
 registered in Pennsylvania in your name are insured:
              *Insurance ID card
              *Declaration page of your insurance policy
              *Insurance Binder
              *An application of insurance to the PA Auto Insurance Plan
 If you do not own a motor vehicle currently registered in Pennsylvania,
 send a signed statement of this fact to PENNDOT which reads "I do

Pet's Exh. "H"

1

# DUI Services of Monroe County

This is to certify that

## RAYMOND IANUALE

has successfully completed all of the requirements for the Alcohol Highway Safety Program on February 11, 2017

_Phillip Weber, DUI Instructor_

_Anthony Arciprete, AHSP Coordinator_

# CERTIFICATE OF COMPLETION

## March 18, 2019

This certificate is awarded to

# Raymond Ianuale

FOR COMPLETION OF PHASE I DRUG AND ALCOHOL
PROGRAM AT MONROE COUNTY CORRECTIONAL FACILITY



_____
Drug & alcohol Counselor    Date    3/9/19

_____
Warden    Date    3/06/19

# CERTIFICATE OF COMPLETION

## April 26, 2019

This certificate is awarded to

# Ray Ianuale



FOR COMPLETION OF PHASE II DRUG AND ALCOHOL
PROGRAM AT MONROE COUNTY CORRECTIONAL FACILITY

_____
Warden

4-26-19
Date

_____
Drug & alcohol Counselor

Clara Citrelli BDA   4-26-19
Date

SA-2 (1-11)

## PENNSYLVANIA VEHICLE REGISTRATION

MV-105AT(07-09)
621

PennDOT is proud to provide you with your new registration credential.

**PLEASE SIGN YOUR CREDENTIAL** – To validate your credential you need to sign your name

COMMONWEALTH OF PENNSYLVANIA REGISTRATION CREDENTIAL

**EXPIRY: MAR 31, 2022    VALID: 06/08/21**

PLATE: LPS8301
TITLE: 83415965101 WE
VIN: WDBRF84J63F415007
VR/MAKE: 2003 MERCEDES BENZ
TYPE: SDN
WID: 21112 0061 000652-001



SIGNATURE

I hereby acknowledge this day that I have received notice of the provisions of Section 3709 of the Vehicle Code.

EMISSIONS INSPECTION REQUIRED/DIESEL VEHICLES EXEMPT   COUNTY: LACKAWANNA

064006
KASSANDRA JANAE WEARING
2118 FARR ST
SCRANTON PA 18504

any waste paper, sweepings, ashes, household waste, glass, metal, refuse or rubbish or any dangerous or detrimental substance, or permitting any of the preceding without immediately removing such items or causing their removal.

For any violation of Section 3709, you may be subject to a fine of up to $300 upon conviction, including any violation resulting from the conduct of any other persons operating, in possession of or present within the vehicle with your permission, if you do not with reasonable certainty identify the driver of the vehicle at the time the violation occurred.

## PLEASE DRIVE SAFELY AND REMEMBER TO BUCKLE UP
## MOTOR VEHICLE SALES TAX RECEIPT-KEEP FOR YOUR RECORDS

PURCHASED:       APR 13, 2021
RECEIVED:        APR 22, 2021
TITLE:           83415965
MAKE:            MERCEDES BENZ
ODOMETER READING: 150000
ODOMETER STATUS:  NOT ACTUAL
KASSANDRA JANAE WEARING

TAX AMOUNT PAID -       $15.00
NOTE: If this amount does not agree with the tax shown on your Bill of Sale, forward a copy of it to:
Commonwealth of Pennsylvania
P. O. Box 68296
Harrisburg, PA  17106-8296

Detach Here                    1 OF 1                              M        Detach Here

Exh 16

Peters Exh K

COMMONWEALTH OF PENNSYLVANIA REGISTRATION CREDENTIAL

**EXPIRY: MAR 31, 2022**          **VALID: 06/08/21**

PLATE:          LPS8301
TITLE:          83415965101 WE
VIN:            WDBRF84J63F415007
YR/MAKE:        2003 MERCEDES BENZ
TYPE:           SDN
WID:            21112 0061 000652-001



SIGNATURE

I hereby acknowledge this day that I have received
notice of the provisions of Section 3709 of the Vehicle
Code.

EMISSIONS INSPECTION REQUIRED/DIESEL VEHICLES EXEMPT    COUNTY: LACKAWANNA

064006
KASSANDRA JANAE WEARING
2118 FARR ST
SCRANTON PA 18504